No. 82–558.  Lucerne Products, Inc. v. Skil Corp. C. A. 6th Cir.  Certiorari denied.

No. 82–590.  Kurtz v. United States on Behalf of Small Business Administration.  C. A. 3d Cir.  Certiorari denied.

No. 82–591.  Zero et al. v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 82–602.  Lawson v. United States.  C. A. 4th Cir. Certiorari denied.

No. 82–606.  Saad v. United States.  C. A. 2d Cir. Certiorari denied.

No. 82–613.  Perl v. United States.  C. A. 8th Cir. Certiorari denied.

No. 82–615.  Jersey Sanitation Co., Inc., et al. v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 82–627.  Thomsen et al. v. Western Electric Co., Inc., et al.  C. A. 9th Cir.  Certiorari denied.

No. 82–5041.  Wasilowski v. Dietz, Chairman, New Jersey State Parole Board, et al.  C. A. 3d Cir.  Certiorari denied.

No. 82–5169.  Johnson v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 82–5216.  Swain et al. v. Schweiker, Secretary of Health and Human Services.  C. A. 11th Cir.  Certiorari denied.

No. 82–5223.  Brown v. Warden, Great Meadow Correctional Facility.  C. A. 2d Cir.  Certiorari denied.